IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE JAMES HEMPHILL, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00078-TES-CHW |
| | * | |
| MS TALITHA BRYANT et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 8/3/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of August, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk